**MCCARNEY LAW P.C.**
29 BROADWAY
SUITE 2700
NEW YORK, NY 10006
(212) 797-1338
jmccarney@mccarneylaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/28/22

**MEMO ENDORSED**

June 27, 2022

*VIA PACER*

Hon. Valerie E. Caproni
United States District Court
  Southern District of New York
40 Foley Square
New York, NY 10007

                Re:  *Miller-Rich v. Altum Pharmaceuticals Inc.*
                    22-cv-3473-VEC

Dear Judge Caproni:

      The parties join in requesting that the time to submit the joint letter and the Initial Pretrial Conference date both be adjourned one-week to July 1 and 8, 2022, respectively.  The request is made to allow the parties time to confer on the joint submission directed by Your Honor's May 2, 2022 Order (Dkt. 12).  The parties have not been able to confer as defendant Dattels has not yet appeared in the action.  Plaintiff has reached an agreement for Dattels' appearance with his response to the complaint due concurrently with the other defendants on July 22.  Dattels' counsel advises that the agreed upon stipulation will be efiled tomorrow for the Court's approval.  There have been no prior requests for a continuance.

Hon. Valerie E. Caproni<br>
June 27, 2022<br>
Page 2 of 2

The parties also join in requesting that the time to submit a joint Civil Case Management Plan and Scheduling Order be adjourned *sine die* pending the IPTC. As will be explained in the joint letter, this request is made because the parties wish to explore settlement and also anticipate threshold motions to dismiss or stay.

Respectfully,

*/s/James G. McCarney*

James G. McCarney

cc via Pacer:  Kenneth E. Aldous, Esq.
cc via email:  John C. Kelly, Esq.

---

Application GRANTED in part and DENIED in part.

The IPTC is rescheduled to Friday, July 15, 2022 at 10 AM as the proposed time is not convenient for the Court. The parties must submit a Joint Letter, Case Management Plan, and Proposed Scheduling Order by the end of day on Thursday, July 7, 2022.

SO ORDERED.

*[signature]*  06/28/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE