**MCCARNEY LAW P.C.**
29 BROADWAY
SUITE 2700
NEW YORK, NY 10006
(212) 797-1338
jmccarney@mccarneylaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   07/05/2022

**MEMO ENDORSED**

July 1, 2022

<u>VIA PACER</u>

Hon. Valerie E. Caproni
United States District Court
  Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  *Miller-Rich v. Altum Pharmaceuticals Inc.*
          22-cv-3473-VEC

Dear Judge Caproni:

      The parties join in requesting that the conference presently schedule for July 15, 2022 at 10 am be moved back one hour to 11 am.  The request is made to accommodate my previously scheduled appearance at 9:50 am that day before Justice Lisa Headley in *Kaston v. G.T.I. Roll Transportation Services Inc.*, Index No.154870/18 (Sup. Ct., N.Y. Cty.).

      Respectfully,

      /s/James G. McCarney

      James G. McCarney

cc via Pacer:  Kenneth E. Aldous, Esq.
               John C. Kelly, Esq.

---

Application GRANTED. The Initial Pretrial Conference is rescheduled for 11 AM on July 15, 2022.

SO ORDERED.

*/s/ Valerie Caproni*   07/05/2022