UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY MILLER-RICH,<br><br>                                        Plaintiff,<br><br>-against-<br><br>ALTUM PHARMACEUTICALS INC., et al.,<br><br>                                        Defendants. | Case No. 1:22-cv-03473 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 11, 2022, filed in response to the Court's September 28, 2022 Reassignment Order.  ECF No. 30.  In that letter, the parties request a briefing schedule on Defendants' anticipated motion to dismiss.  That request is granted.  Accordingly, IT IS HEREBY ORDERED that Defendants shall file their motion to dismiss the Complaint no later than **November 15, 2022**; Plaintiff shall file her opposition no later than **December 15, 2022**; and Defendants shall file their reply papers no later than **January 10, 2023**.

Additionally, in their letter, the parties refer the Court to previous joint letters filed on July 7, 2022, and September 16, 2022.  ECF Nos. 24, 26. In order to clarify the status of discovery and any case management deadlines, IT IS FURTHER ORDERED that the parties shall file a joint letter detailing the status of discovery no later than **October 25, 2022**.

Dated: October 11, 2022
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge