UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY MILLER-RICH,<br><br>        Plaintiff,<br><br>  -against-<br><br>ALTUM PHARMACEUTICALS INC., et al.,<br><br>        Defendants. | Case No. 1:22-cv-03473 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter regarding the status of discovery in this action, dated October 25, 2022.  ECF No. 32.  Discovery has been stayed while the parties participate in the Court-annexed Mediation Program, and the parties indicate that they believe a further stay is warranted.  *Id.*  Accordingly, IT IS HEREBY ORDERED that any party seeking a stay of discovery pending a decision on the anticipated motion to dismiss shall file a letter, not to exceed two pages, delineating the basis for the stay no later than **November 2, 2022**.  IT IS FURTHER ORDERED that any party opposing such a stay shall file a letter in response, not to exceed two pages, no later than **November 7, 2022**.

  As to the anticipated motion to dismiss, the parties request permission to file an opening memorandum of law and memorandum of law in opposition limited to thirty-five (35) pages, and a reply memorandum of law not to exceed twenty (20) pages.  The parties' assertion that there will be a number of complex issues is insufficient to justify an extension of the already ample page limits.  Accordingly, the request is DENIED.

Dated: October 26, 2022              SO ORDERED.
     New York, New York

                               *Jennifer Rochon*
                         JENNIFER L. ROCHON
                         United States District Judge